**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | ) ) ) | 4:21-md-02993 SEP  **ALL CASES** |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered on this day and incorporated herein, this action is dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** and this multidistrict litigation case is **CLOSED**.

**IT IS FURTHER ORDERED** that Counts One and Five of the Consolidated Amended Complaint are **DISMISSED with prejudice**.

**IT IS FINALLY ORDERED** that the Court declines to exercise supplemental jurisdiction over the state law claims in Counts Two, Three, and Four of the Consolidated Amended Complaint and those Counts are **DISMISSED** without prejudice.

Dated this 13th day of September, 2024.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE